IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-01238-REB

JUAN CARLOS MARQUEZ,

      Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

      Defendant.

## ORDER FOR JUDGMENT AND REMAND

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Remand** [#11],[1] filed July 19, 2023.  By this motion, defendant requests the court remand this matter for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  Having reviewed the motion and the file, and being apprised of the premises, I find and conclude the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Remand** [#11], filed July 19, 2023, is granted;

2. That the conclusion of the Acting Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That this matter is remanded to the Acting Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4.  That judgment shall enter in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

5.  That plaintiff is awarded his costs, to be taxed by the clerk pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

Dated July 19, 2023, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge